UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. J. R.G.,<br><br>        Petitioner,<br><br>   v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>        Respondents. | No.  1:25-cv-01747-DC-EFB (HC)<br><br>ORDER |

     Petitioner, an immigration detainee proceeding with counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner requests to be identified by the initials "D. J. R.G."  ECF No. 2.

     Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be served with the § 2241 petition and directed to show cause why the writ should not be granted by filing an answer/return.  *See* 28 U.S.C. § 2243.

     In accordance with the above, IT IS HEREBY ORDERED that:

1. The Court having considered Petitioner's motion for administrative relief to proceed under pseudonym, and good cause appearing, the motion is hereby GRANTED and IT IS FURTHER ORDERED that:

    a. The parties shall refer to Petitioner by "D. J. R.G." in all filings and public

1

        proceedings;

    b. The parties shall redact all personally identifying information from all filings consistent with Federal Rule of Civil Procedure 5.2 and Local Rule 140, including:

        i. Petitioner's true full name;

        ii. A-number;

        iii. Last names of any family members who share a last name with him;

        iv. Number and street name of home addresses; and

        v. Drivers' license number.

2. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

3. Respondents' answer/response to the § 2241 petition is due no later than 20 days from the date of this order.

4. Petitioner's reply is due 14 days after being served with the answer.

5. Respondent shall request and obtain petitioner's complete A-file and provide a copy to petitioner's counsel upon receipt.

6. In order to ensure this court's jurisdiction to resolve the pending § 2241 petition, respondents shall not transfer petitioner to another detention center outside of this judicial district, pending further order of the court. *See* 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions…."); *see also F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

DATED: December 23, 2025

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE